Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00772-CV

Don A. **PAYNE**,
Appellant

v.

Wilma G. **PAYNE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-17750
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  March 2, 2011

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on January 21, 2011, has not been filed.  On January 31, 2011, this court ordered appellant to show cause in writing by February 15, 2011, why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  The appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  It is ordered that

no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

PER CURIAM